FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 25 PM 3 57

DISTRICT OF UTAH

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No. 09-33277 RKM |
| | (Chapter 7) |
| DANIELLE MARIE LATSHAW, | : |
| Debtor. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in the above-entitled matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid in the United States Bankruptcy Court registry and represents to the Court that:

1. On March 2, 2011, the following check was issued in the following amount:

| Check # | Creditor and Address | Check Amount |
|---|---|---|
| 109 | Great Lakes Higher Education Guaranty Corp.<br>P.O. Box 8970<br>Madison, WI 53704-8970 | $ 469.61 |

2. Said check was returned with a notice stating that "there is not an open account at Great Lakes."



3.  The unclaimed funds are on deposit at the Bank of New York Mellon, Account No. 7421245366.

4.  The last known name and address of the payee to which the check was sent is listed above.

5.  A check in the amount of $469.61 representing said unclaimed funds made payable to the U.S. Bankruptcy Court Clerk is attached hereto.

DATED this ___15___ day of April, 2011.

        McKAY, BURTON & THURMAN

        By _____
          Stephen W. Rupp
          Attorneys for Chapter 7 Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Payment of Unclaimed Funds was mailed, postage prepaid, on the ___25___ day of April, 2011, to the following:

    U.S. Trustee's Office    (Sent via ECF)
    405 South Main Street, Suite 300
    Salt Lake City, UT 84111

ka\pl\latshaw.unc